## TEITELBAUM v. CALIFORNIA.

No. 678.   Decided March 30, 1959.

*Morris Lavine* for appellant.

*Stanley Mosk,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Herschel T. Elkins,* Deputy Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.

## TURNER ET AL. v. KANSAS.

No. 688.   Decided March 30, 1959.

*Marvin E. Lewis* for appellants.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.